Fill in this information to identify your case:

Debtor 1: Teresa Lynn Prather
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Western District of Washington
Case number (If known): 18-10173-MCB



☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| **2.1** Selene Finance LLC<br>Creditor's Name<br>PO Box 422039<br>Number    Street<br><br>Houston  TX   77242<br>City            State    ZIP Code<br><br>Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred  08/06  Last 4 digits of account number  3 0 3 7 | Describe the property that secures the claim:<br>4515 143rd Place SW  Lynnwood WA  98087<br>Snohomish County  Estimated Value $474,846<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | $ 390,003 | $ 474,846 | $ 0 |
| **2.2** Snohomish Co. Tax Assessor<br>Creditor's Name<br>3000 Rockerfeller M/S<br>Number    Street<br>510<br>Everett            WA   98201<br>City            State    ZIP Code<br><br>Who owes the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____  Last 4 digits of account number _____ | Describe the property that secures the claim:<br>4515 143rd Place SW Lynnwood, WA  98087<br>Snohomish County  Estimated Value $474,846<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | $ Unknown | $ 474,846 | $ Unknown |

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 390,003

Fill in this information to identify your case:

Debtor 1: Teresa Lynn Prather

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of WA

Case number (If known): 

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**2.1**

Priority Creditor's Name: 
Number Street: 
City State ZIP Code: 

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name: 
Number Street: 
City State ZIP Code: 

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 IRS**
Nonpriority Creditor's Name
Centralized Bankruptcy Unit - PO Box 7346
Philadelphia, PA 19101

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____
$ 0

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __NOTICE ONLY__

Is the claim subject to offset?
☑ No
☐ Yes

**4.2 Nelson & Kennard**
Nonpriority Creditor's Name
2180 Harvard Street #160
Sacramento, CA 95815

Last 4 digits of account number 3 6 3 0
When was the debt incurred? _____
$ 2581.45

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Judgement for Razor Capital (GE__

Is the claim subject to offset?
☑ No
☐ Yes

**4.3 Suttell & Hammer**
Nonpriority Creditor's Name
PO Box C-90006
Bellevue, WA 98009

Last 4 digits of account number 8 9 2 2
When was the debt incurred? 2010
$ 5654.48

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Judgement for Citibank__

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 Teresa Lynn Prather
Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

☐ **Suttell & Hammer**
Nonpriority Creditor's Name
PO Box C-90006
Bellevue, WA 98009

Last 4 digits of account number  9  6  4  2       $ 7966.75

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Judgement for Citibank__

---

☐ **Suttell & Hammer**
Nonpriority Creditor's Name
PO Box C-90006
Bellevue, WA 98009

Last 4 digits of account number  3  2  3  9       $ 26,746.23

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Judgement for Citibank__

---

☐ **Zwicker & Associates**
Nonpriority Creditor's Name
80 Minuteman Road
Andover, MA 01810

Last 4 digits of account number  6  4  1  2       $ 25,067.66

When was the debt incurred? _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Judgement for FIA Card Services__

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Case 18-10173-MLB    Doc 18    Filed 01/31/18    Ent. 02/01/18 08:53:22    Pg. 4 of 9

Debtor 1 Teresa Lynn Prather                                Case number (if known) _____

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 0 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 0 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 68,016.57 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 68,016.57 |

Fill in this information to identify your case

Debtor 1: Teresa Lynn Prather
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Western District of Washington
Case number (If known):

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date: __ MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☒ No
    Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent..........
    Do not state the dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4.  $ _____

   If not included in line 4:

   4a. Real estate taxes                                           4a. $ _____
   4b. Property, homeowner's, or renter's insurance                4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses               4c. $ _____
   4d. Homeowner's association or condominium dues                 4d. $ _____

Debtor 1  Teresa Lynn Prather  
        First Name   Middle Name   Last Name

Case number (if known) _____

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $ 250
   - 6b. Water, sewer, garbage collection    6b. $ 95
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ 45
   - 6d. Other. Specify: _Vet bills_    6d. $ 75

7. **Food and housekeeping supplies**    7. $ 200

8. **Childcare and children's education costs**    8. $ _____

9. **Clothing, laundry, and dry cleaning**    9. $ _____

10. **Personal care products and services**    10. $ _____

11. **Medical and dental expenses**    11. $ _____

12. **Transportation.** Include gas, maintenance, bus or train fare.  
    Do not include car payments.    12. $ 30

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ _____

14. **Charitable contributions and religious donations**    14. $ _____

15. **Insurance.**  
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ _____
    - 15b. Health insurance    15b. $ 158
    - 15c. Vehicle insurance    15c. $ 60
    - 15d. Other insurance. Specify: _____    15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.  
    Specify: _____    16. $ _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ _____
    - 17b. Car payments for Vehicle 2    17b. $ _____
    - 17c. Other. Specify: _____    17c. $ _____
    - 17d. Other. Specify: _____    17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. $ _____

19. **Other payments you make to support others who do not live with you.**  
    Specify: _____    19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property    20a. $ _____
    - 20b. Real estate taxes    20b. $ _____
    - 20c. Property, homeowner's, or renter's insurance    20c. $ _____
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ _____
    - 20e. Homeowner's association or condominium dues    20e. $ _____

Official Form 106J      Schedule J: Your Expenses      page 2

Case 18-10173-MLB    Doc 18    Filed 01/31/18    Ent. 02/01/18 08:53:22    Pg. 7 of 9

Debtor 1  Teresa Lynn Prather            Case number (if known) _____
         First Name  Middle Name  Last Name

21. Other. Specify: _____   21. +$ _____

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21.                                              22a.  $  913  ~~838~~
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____
    22c. Add line 22a and 22b. The result is your monthly expenses.           22c.  $  913  ~~838~~

23. Calculate your monthly net income.

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $           1304
    23b. Copy your monthly expenses from line 22c above.                      23b. –$  913  ~~838~~
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                             23c.  $  391  ~~466~~

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

IRS
CENTRALIZED BANKRUPTCY UNIT
PO BOX 7346
PHILADELPHIA, PA 19101

IRS
CENTRALIZED BANKRUPTCY UNIT
PO BOX 7346
PHILADELPHIA, PA 19101

NELSON AND KENNARD
2180 HARVARD STREET
#160
SACRAMENTO, CA 95815

SELENE FINANCE LLC
PO BOX 422039
HOUSTON, TX 77242

SNOHOMISH CO. TAX ASSESSOR
3000 ROCKERFELLER M/S 510
EVERETT, WA 98201

SUTTELL & HAMMER
PO BOX C-90006
BELLEVUE, WA 98009

SUTTELL & HAMMER
PO BOX C-90006
BELLEVUE, WA 98009

SUTTELL & HAMMER
PO BOX C-90006
BELLEVUE, WA 98009

ZWICKER & ASSOCIATES
80 MINUTEMAN ROAD
ANDOVER, MA 01810